UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00348

**State of Texas,**
*Plaintiff,*

v.

**Secretary Xavier Becerra et al.,**
*Defendants.*

**O R D E R**

The assigned judge hereby notes his recusal from this action.

*So ordered by the court on September 26, 2024.*

J. CAMPBELL BARKER
United States District Judge

- 1 -