UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:24-cv-348

Name of party requesting extension: Xavier Becerra, et al. (Defendants)

Is this the first application for extension of time in this case?  ☑ Yes  ☐ No

If no, please indicate which application this represents:  ☐ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 09/30/2024

Number of days requested:
☐ 30 days
☐ 15 days
☑ Other  14  days

New Deadline Date: 12/13/2024  *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Zachary W. Sherwood

State Bar No.: Indiana Bar No. 37147-49

Firm Name: U.S. Department of Justice

Address: Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005

Phone: 202-616-8467

Fax: 202-616-8470

Email: zachary.w.sherwood@usdoj.gov

A certificate of conference does not need to be filed with this unopposed application.