UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>    *Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, Secretary of the United States Department of Health and Human Services, in his official capacity; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES CHILDREN'S BUREAU; JEFF HILD, Principal Deputy Assistant Secretary for the Administration for Children and Families; ADMINISTRATION FOR CHILDREN AND FAMILIES; REBECCA JONES GASTON, Commissioner of the Administration on Children, Youth and Families, in her official capacity; ADMINISTRATION ON CHILDREN, YOUTH AND FAMILIES; CHILDREN'S BUREAU; and the UNITED STATES OF AMERICA,<br><br>    *Defendants.* | CIVIL ACTION NO. 6:24-CV-00348 |

## NOTICE OF APPEARANCE OF COUNSEL

This Notice of Appearance serves to alert the Court that Zachary Rhines will appear as counsel for Plaintiff, the State of Texas, in the above-captioned case along with counsel listed below. Mr. Rhines is a member in good standing with the State Bar of Texas and is authorized to practice in the Eastern District of Texas. His contact information is in the signature block below.

1

| | |
|---|---|
| Date: December 6, 2024 | Respectfully Submitted, |
| KEN PAXTON<br>Attorney General of Texas | RYAN D. WALTERS<br>Chief, Special Litigation Division<br>Texas State Bar No. 24105085<br>ryan.walters@oag.texas.gov |
| BRENT WEBSTER<br>First Assistant Attorney General | KATHLEEN T. HUNKER<br>Special Counsel<br>Texas State Bar No. 24118415<br>kathleen.hunker@oag.texas.gov |
| RALPH MOLINA<br>Deputy First Assistant Attorney General | |
| AUSTIN KINGHORN<br>Deputy Attorney General for Legal Strategy | GARRETT GREENE<br>Special Counsel<br>Texas State Bar No. 24096217<br>garrett.greene@oag.texas.gov |
| OFFICE OF THE TEXAS ATTORNEY GENERAL<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Telephone: 512-463-2100<br>Fax: 512-457-4410 | */s/ Zachary L. Rhines*<br>ZACHARY L. RHINES<br>Special Counsel<br>Texas State Bar No. 24116957<br>zachary.rhines@oag.texas.gov |
| | KYLE S. TEBO<br>Special Counsel<br>Texas State Bar No. 24137691<br>kyle.tebo@oag.texas.gov |
| | COUNSEL FOR STATE OF TEXAS |

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on December 6, 2024, a true and correct copy of the above and foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

　　　　　　　　　　　　　　　　　　　　　*/s/ Zachary L. Rhines*
　　　　　　　　　　　　　　　　　　　　　ZACHARY L. RHINES
　　　　　　　　　　　　　　　　　　　　　Special Counsel