UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br>    *Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, Secretary of the United States Department of Health and Human Services, in his official capacity; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; JEFF HILD, Principal Deputy Assistant Secretary for the Administration for Children and Families; ADMINISTRATION FOR CHILDREN AND FAMILIES; REBECCA JONES GASTON, Commissioner of the Administration on Children, Youth and Families, and Acting Associate Commissioner of the Children's Bureau, in her official capacity; ADMINISTRATION ON CHILDREN, YOUTH AND FAMILIES; CHILDREN'S BUREAU; and the UNITED STATES OF AMERICA,<br>    *Defendants*. | No. 6:24-cv-00348-JDK |

**PROPOSED ORDER**

Before the Court is Plaintiff's Motion for a Stay of the challenged rule (*Designated Placement Requirements Under Titles IV–E and IV–B for LGBTQI+ Children*, 89 Fed. Reg. 34,818 (Apr. 30, 2024)). Having considered the pleadings, arguments of counsel, and the applicable law, Plaintiff's motion is **GRANTED.**

IT IS **ORDERED**, pending further order of the Court, that the challenged rule's effective date is postponed under 5 U.S.C. § 705.