IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS § § § | |
| Plaintiff, § § | |
| v. § | Case No. 6:24-cv-348-JDK |
| § § | |
| XAVIER BECERRA, in his official § capacity as United States Secretary of § Health and Human Services, et al., § § | |
| Defendants. | |

## ORDER GRANTING JOINT MOTION

Before the Court is the parties' Joint Motion for Extension of Answer Deadline, for Leave to Exceed Page Limitations, and to Set Hearing Date. Docket No. 20. The parties' motion is **GRANTED**. The Court hereby **ORDERS** as follows:

1. Defendants' answer to Plaintiff's Complaint is due 30 days after the Court resolves Plaintiff's Opposed Motion for Stay of Agency Action. Docket No. 19 ("Stay Motion");

2. Defendants may file a Response to Plaintiff's Stay Motion of up to 25 pages;

3. Plaintiff may file a Reply of up to 10 pages;

4. Plaintiff's Stay Motion will be considered submitted for decision after Plaintiff files its Reply, with no Sur-Reply by Defendants;

5. The Court **SETS** Plaintiff's Stay Motion for in-person hearing at **10:00 a.m.** on **January 16, 2025**, at the William M. Steger Federal Building and United States Courthouse, 211 West Ferguson Street, Tyler, TX 75702.

**So ordered and signed on this**

**Dec 13, 2024**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE