IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   Case No. 6:24-cv-348-JDK |
| | § |
| UNITED STATES DEPARTMENT OF | § |
| HEALTH AND HUMAN SERVICES, | § |
| et al., | § |
| | § |
| Defendants. | § |

**ORDER AND FINAL JUDGMENT**

Before the Court is the parties' joint motion for entry of final judgment. Docket No. 36. Having considered the motion, record, and applicable law, the Court **GRANTS** the parties' motion.

For the reasons stated in the Court's Memorandum Opinion and Order, Docket No. 30, the Court concludes that Plaintiff has demonstrated success on the merits of its claim under the Administrative Procedure Act that the Final Rule entitled "Designated Placement Requirements Under Titles IV-E and IV-B for LGBTQI+ Children" is in excess of statutory authority and is contrary to law.

Accordingly, the Court hereby **ORDERS** the following:

1. Final Judgment is entered in favor of Plaintiff on Count I of the Complaint. *See* Docket No. 1 ¶¶ 74–82.

2. Pursuant to 5 U.S.C. § 706(2), the Court **VACATES**, in its entirety, the Final Rule entitled Designated Placement Requirements Under Titles IV-E and IV-B for LGBTQI+ Children, 89 Fed. Reg. 34,818 (Apr. 30, 2024), and its corresponding regulation codified at 45 C.F.R. § 1355.22. The Court denies all other requested relief.

3. Plaintiff's remaining claims are dismissed without prejudice.

4. All other deadlines in this matter are hereby vacated. Any pending motions are denied as moot.

So **ORDERED** and **SIGNED** this **13th** day of **June, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE